IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RENIEL ADRIAN MEYLER | * | |
| Plaintiff | * | |
| v. | * | CASE NO. 1:23-cv-00082-JKB |
| TOWN OF OCEAN CITY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR EXTENSION OF TIME
AND PROPOSED ORDER**

NOW COME Defendants, MAYOR AND CITY COUNCIL OF OCEAN CITY (improperly named "Town of Ocean City," a non-entity), CORPORAL MATTHEW FOREMAN, and POLICE OFFICER NORRIS ("Defendants"), by and through their undersigned counsel, and with the consent of Plaintiff, RENIEL ADRIAN MEYLER ("Plaintiff"), hereby move for an extension of their deadline for filing an answer or other response to Plaintiff's Complaint, and state as follows:

1. Defendants' current deadline for filing an answer or other response to Plaintiff's Complaint is February 7, 2023.

2. Defendants request, **with Plaintiff's consent**, that Defendants' deadline for filing an answer or other response to the Complaint be extended up to and including Thursday, March 9, 2023.

WHEREFORE, with Plaintiff's consent, Defendants respectfully request an extension of Defendants' deadline for filing an answer or other response to the Complaint up to and including Thursday, March 9, 2023.

1

                                            AYRES, JENKINS, GORDY & ALMAND, P.A.

By:      **/s/ Bruce F. Bright**
                Bruce F. Bright #27236
                6200 Coastal Hwy., Suite 200
                Ocean City, Maryland 21842
                Tel: 410-723-1400
                Fax: 410-723-1861
                bbright@ajgalaw.com
                *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 26th day of January, 2023, the foregoing Consent Motion for Extension of Time & Proposed Order was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                            **/s/ Bruce F. Bright**
                                            Bruce F. Bright

SO ORDERED this ____ day of _____, 2023.

                                            _____
                                            United States District Court Judge