IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RENIEL ADRIAN MEYLER | * | |
|     Plaintiff | * | |
| v. | * | CASE NO. 1:23-cv-00082-JKB |
| TOWN OF OCEAN CITY, et al. | * | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT MAYOR AND CITY COUNCIL OF OCEAN CITY'S OBJECTIONS AND/OR RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS**

TO:    Plaintiff, RENIEL ADRIAN MEYLER

FROM:    Defendant, MAYOR AND CITY COUNCIL OF OCEAN CITY (improperly named "Town of Ocean City," a non-entity)

NOW COMES, Defendant, MAYOR AND CITY COUNCIL OF OCEAN CITY (improperly named "Town of Ocean City," a non-entity) ("Ocean City"), by and through its attorneys, Bruce F. Bright and Ayres, Jenkins, Gordy & Almand, P.A., and in response to the Requests for Production of Documents propounded upon Defendant by Plaintiff, states as follows:

**OBJECTIONS and/or RESPONSES**

**REQUEST NO. 1:** All statements by Plaintiff to Defendant relating to the incident in this action.

**OBJECTION:** Vague and unclear as to what documents are being sought.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**EXHIBIT D**

**REQUEST NO. 2:** All Reports of the incident relating to Plaintiff's arrest, detention and prosecution.

**OBJECTION:** None.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 3:** All statements made by Defendant Foreman, Defendant Norris and all Police Officers present on the scene of Plaintiff's arrest relating to the Plaintiff's arrest, detention and prosecution.

**OBJECTION:** None.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 4:** All statements made by all other witnesses relating to Plaintiff's arrest, detention and prosecution.

**OBJECTION:** None.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 5:** All videotapes, surveillance tapes or other electronic recording of Plaintiff's arrest and detention.

**OBJECTION:** None.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 6:**   All documents relating to Police horse Moose referenced in Plaintiff's Complaint and Defendants' Answer in this case including Moose's training, handlers and performances.

**OBJECTION:**   Vague and unclear as to what documents are being sought. Overbroad. The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**RESPONSE:**   Subject to and without waiving the foregoing objection(s), Defendant states as follows: Defendant has no documents responsive to this Request.

**REQUEST NO. 7:**   All documents relating to any incident involving Police horse Moose when Moose was allegedly agitated by whistling or clicking noises by any person and identify all witnesses to the same, if any.

**OBJECTION:**   Vague and unclear as to what documents are being sought. Overbroad. The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**RESPONSE:**   Subject to and without waiving the foregoing objection(s), Defendant states as follows: Defendant has no documents responsive to this Request.

**REQUEST NO. 8:**   All documents relating to Police horse Moose when Moose has become violent for any reason.

**OBJECTION:**   Vague and unclear as to what documents are being sought. Overbroad. The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**RESPONSE:**   Subject to and without waiving the foregoing objection(s), Defendant states as follows: Defendant has no documents responsive to this Request.

**REQUEST NO. 9:**   Produce all communications relating to the incident between Defendant Ocean City and Defendant Foreman and Defendant Norris.

**OBJECTION:**   Vague and unclear as to what documents are being sought.

**RESPONSE:**   Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 10:**  All documents prohibiting discrimination on the basis of race, color and national origin by Ocean City Police officers.

**OBJECTION:**  Vague and unclear as to what documents are being sought. Overbroad. The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**RESPONSE:**  Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 11:**  All documents showing that documents produced in response to Request No. 10 above were communicated to Defendant Foreman and Defendant Norris.

**OBJECTION:**  Vague and unclear as to what documents are being sought. Overbroad. The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**RESPONSE:**  Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 12:**  All documents relating to the training of Ocean City police officers on how to conduct warrantless arrests.

**OBJECTION:**  Vague and unclear as to what documents are being sought. Overbroad. The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**RESPONSE:**  Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 13:**  All documents evidencing training of Ocean City Police officers on constitutional rights of persons subject to arrest.

**OBJECTION:**  Vague and unclear as to what documents are being sought. Overbroad. The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 14:** All documents relating to any complaint of discrimination on the basis of race, color and national origin by any person to you against Defendant Foreman and Defendant Norris.

**OBJECTION:** Vague and unclear as to what documents are being sought. Overbroad. The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**REQUEST NO. 15:** The complete files relating to Defendant Foreman and Defendant Norris, including but not limited to their personnel file, record pertaining to their duties, salary, promotions, evaluations, discipline and benefits.

**OBJECTION:** Vague and unclear as to what documents are being sought. Overbroad. The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**REQUEST NO. 16:** All documents regarding complaints of discrimination on the basis of race, color and or national origin against Ocean City Police officers by individuals arrested by Ocean City Police Officers, not including Defendant Foreman and Defendant Norris.

**OBJECTION:** Vague and unclear as to what documents are being sought. Overbroad. The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**REQUEST NO. 17:** All documents regarding any claims filed in any state or federal courts against you concerning any discrimination on the basis of race, color and national origin by Ocean City Police officers by individuals arrested by Ocean City Police officers.

**OBJECTION:** Vague and unclear as to what documents are being sought. Overbroad. The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**REQUEST NO. 18:**  Documents relating to the job description for Defendant Foreman and Defendant Norris.

**OBJECTION:** Vague and unclear as to what documents are being sought. Overbroad. The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 19:**  All statements and memos relating to witnesses or potential witnesses or persons contacted in connection with this case.

**OBJECTION:** Seeks documents protected by the attorney-client privilege and/or work product doctrine. Vague and unclear as to what is being sought.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 20:**  All documents pertaining to any meetings, discussions, encounters and/or conversations that Defendant or any agent or employee of Defendant had regarding Plaintiff.

**OBJECTION:** Seeks documents protected by the attorney-client privilege and/or work product doctrine. Vague and unclear as to what is being sought.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 21:**  All documents which Defendant contends support the defenses asserted in this action or that relate to any claim asserted by Defendant in this action.

**OBJECTION:** Overbroad and improperly cumulative.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 22:** All documents you intend to introduce into evidence at the trial of this case or may be used to refresh the recollections of witnesses at deposition or trial.

**OBJECTION:** Improperly seeks trial strategies of counsel.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 23:** All documents reflecting all insurance policies and/or insurance coverage which Defendant has or has had for any liability related to Plaintiff's Complaint in this case.

**OBJECTION:** The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant states as follows: Defendant has no documents responsive to this Request.

**REQUEST NO. 24:** Any and all expert reports that were or will be relied upon in whole or in part by any testifying expert in this case.

**OBJECTION:** None.

**RESPONSE:** Defendant will provide expert designations, disclosures, and reports at a later date, in conformance with the Scheduling Order.

**REQUEST NO. 25:** All other documents and tangible things whose production has not been requested pursuant to any other item of this request which you intend to offer into evidence at the trial of this case.

**OBJECTION:** Improperly seeks trial strategies of counsel. Vague, unclear, improperly cumulative, and overbroad.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

          AYRES, JENKINS, GORDY & ALMAND, P.A.

By:       ***/s/ Bruce F. Bright***
      Bruce F. Bright (#27236)
      6200 Coastal Hwy., Suite 200
      Ocean City, Maryland 21842
      Tel: 410-723-1400
      Fax: 410-723-1861
      bbright@ajgalaw.com
      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 2nd day of June, 2023, a copy of the foregoing Defendant Mayor and City Council of Ocean City's Objections and/or Responses to Plaintiff's Requests for Production of Documents was served via e-mail and first class mail, postage prepaid, on: Fatai A. Suleman, Esq., FAS Law Firm, LLC, 7501 Greenway Center Drive, Suite 230, Greenbelt, Maryland, 20770.

          ***/s/ Bruce F. Bright***
          Bruce F. Bright