IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RENIEL ADRIAN MEYLER | * | |
| Plaintiff | * | |
| v. | * | CASE NO. 1:23-cv-00082-JKB |
| TOWN OF OCEAN CITY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT OFFICER JONATHAN D. NORRIS'
OBJECTIONS AND/OR RESPONSES TO
PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS**

TO:     Plaintiff, RENIEL ADRIAN MEYLER

FROM:   Defendant, OFFICER JONATHAN D. NORRIS

NOW COMES, Defendant, OFFICER JONATHAN D. NORRIS ("Officer Norris") by and through his attorneys, Bruce F. Bright and Ayres, Jenkins, Gordy & Almand, P.A., and in response to the Requests for Production of Documents propounded upon Defendant by Plaintiff, states as follows:

**OBJECTIONS and/or RESPONSES**

**REQUEST NO. 1:** Copies of all your educational diplomas and certificates.

**OBJECTION:** The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 2:** Copies of your marriage certificate, if applicable.

1

**EXHIBIT F**

**OBJECTION:** The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**REQUEST NO. 3:** All your employment records prior to your employment with Ocean City Police Department.

**OBJECTION:** The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**REQUEST NO. 4:** All documents and records relating to your mental health from January 2021 up to the present time.

**OBJECTION:** The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**REQUEST NO. 5:** All communications between you and Defendant Norris regarding this case.

**OBJECTION:** None.

**RESPONSE:** Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 6:** All communications between you and any other police officers who responded to the scene of Plaintiff's arrest regarding this case.

**OBJECTION:** None.

**RESPONSE:** Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 7:** All communications between you and any other person regarding this case.

**OBJECTION:** Seeks documents protected by the attorney-client privilege and/or work product doctrine.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 8:**    All documents regarding any claims filed in any state or federal courts against you for deprivation/violation of constitutional rights, false arrests, false imprisonment, assault and battery and malicious prosecution, if any.

**OBJECTION:**    The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**REQUEST NO. 9:**    Copy of the agreement between you and your attorney or attorneys relating to this action together with copies of all bills and billing records pertaining to any monies due from you to your attorneys, if any.

**OBJECTION:**    Seeks documents protected by the attorney-client privilege and/or work product doctrine. The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**REQUEST NO. 10:**    Copies of past three (3) years state and federal income tax returns filed by you or on your behalf, including all schedules, 1099 Forms, and W-2 Forms, received from any employer(s).

**OBJECTION:**    The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**REQUEST NO. 11:**    All documents evidencing or showing your interest in any real property.

**OBJECTION:**    The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**REQUEST NO. 12:**    All documents evidencing or showing your interest in any personal property.

**OBJECTION:**    The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**REQUEST NO. 13:**    All documents evidencing or showing your interest in any stock in a closely held corporation.

**OBJECTION:**    The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**REQUEST NO. 14:**  For each account maintained by you with a brokerage or securities firm, furnish monthly account statements and year end summaries; all stock certificates or other documents evidencing ownership which contain your name as owner.

**OBJECTION:**  The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**REQUEST NO. 15:**  For each certificate of deposit, time deposit, and similar instruments owned, whether held in your name, or jointly, or in the name of a nominee or trustee for your benefit, provide a copy of each document evidencing your interest, the amount invested, maturity date, and rate of interest.

**OBJECTION:**  The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**REQUEST NO. 16:**  From January 2023 up to the present, provide the monthly statement for each checking account maintained by you, or in which you have (or have had) an interest, whether in your name solely or jointly, trust account, businesses or otherwise.

**OBJECTION:**  The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**REQUEST NO. 17:**  All documents reflecting all insurance policies and/or insurance coverage which Defendant has or has had for any liability related to Plaintiff's Complaint in this case.

**OBJECTION:**  The Request seeks documents that are irrelevant and is not reasonably tailored to lead to the discovery of relevant and admissible evidence.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendants states as follows: Defendant has no responsive documents.

**REQUEST NO. 18:**  All documents which supports any position you intend to take in this action.

**OBJECTION:**  Overbroad. Vague and unclear as to what is being sought. Improperly cumulative.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 19:** All documents referred to in your Answers to Interrogatories.

**OBJECTION:** None.

**RESPONSE:** Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 20:** All documents which you contend support the defenses asserted in this action or that relate to any claim asserted by Defendant in this action.

**OBJECTION:** Overbroad. Vague and unclear. Improperly cumulative.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 21:** All documents you intend to introduce into evidence at the trial of this case or may be used to refresh the recollections of witnesses at deposition or trial.

**OBJECTION:** Improperly seeks trial strategies of counsel.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

**REQUEST NO. 22:** Any and all expert reports that were or will be relied upon in whole or in part by any testifying expert in this case.

**OBJECTION:** None.

**RESPONSE:** Defendant will provide expert designations, disclosures, and reports at a later date, in conformance with the Scheduling Order.

**REQUEST NO. 23:** All other documents and tangible things whose production has not been requested pursuant to any other item of this request which you intend to offer into evidence at the trial of this case.

**OBJECTION:** Improperly seeks trial strategies of counsel. Vague, unclear, improperly cumulative, and overbroad.

**RESPONSE:** Subject to and without waiving the foregoing objection(s), Defendant is producing all non-privileged documents in Defendant's possession that are responsive to this Request.

AYRES, JENKINS, GORDY & ALMAND, P.A.

By: ___*/s/ Bruce F. Bright*___
Bruce F. Bright (#27236)
6200 Coastal Hwy., Suite 200
Ocean City, Maryland 21842
Tel: 410-723-1400
Fax: 410-723-1861
bbright@ajgalaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 2nd day of June, 2023, a copy of the foregoing Defendant Officer Jonathan D. Norris' Objections and/or Responses to Plaintiff's Requests for Production of Documents was served via e-mail and first class mail, postage prepaid, on: Fatai A. Suleman, Esq., FAS Law Firm, LLC, 7501 Greenway Center Drive, Suite 230, Greenbelt, Maryland, 20770.

___*/s/ Bruce F. Bright*___
Bruce F. Bright